BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-00190 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND PROTECTIVE ORDER** |
| SHANNTAYE EBONY HICKS, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorneys of record, and defendant Shanntaye Ebony Hicks, by and through her counsel of record, hereby stipulate as follows:

1.     The discovery in this case is voluminous, and portions of the discovery contain personal information including, but not limited to victims' names or other information that makes their identity readily apparent, residential addresses, social security numbers, telephone numbers, and email addresses (hereinafter "Protected Information").

2.     In the absence of a protective order, numerous redactions would be necessary to avoid the unauthorized disclosure or dissemination of Protected Information to individuals not party to the court proceedings in this matter.

3.     By this stipulation, the parties jointly request that the Court issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

4.     The Protective Order applies to all discovery containing Protected Information.  Discovery that does not contain Protected Information is not subject to the Protective Order.

5.     Defense counsel shall not give documents that contain Protected Information (or copies of such documents) to any person other than the defendant, the defendant's spouse, counsel's staff, investigator(s), or retained expert(s).  The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not: (1) regularly employed by counsel, or (2) hired by counsel as an independent contractor to work exclusively on this case, (3) licensed as an investigator, or (4) retained as an expert.  The defendant, the defendant's spouse, and defense counsel's staff, contractor(s), investigator(s), and expert(s) shall not give documents that contain Protected Information (or copies of such documents) to any person.  Copies of documents in which Protected Information has been redacted may be given to outside parties.  In addition, all filings in which Protected Information is contained shall be made in accordance with Federal Rule of Criminal Procedure 49.1.

///
///
///
///
///
///
///
///
///
///

Stipulation and Proposed Protective Order
United States v. Hicks
2:13-CR-00190 MCE

6.      Nothing in this stipulation will be construed to prevent defense counsel, counsel's staff, investigator(s), or expert(s) a reasonable opportunity to prepare.

IT IS SO STIPULATED.

Dated: July 23, 2013                              Respectfully Submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney


                                             By:  */s/ Kyle Reardon*
                                                  KYLE REARDON
                                                  Assistant U.S. Attorney


Dated: July 23, 2013

                                                  */s/ Kyle Reardon* for
                                                  MATTHEW SCOBLE
                                                  Attorney for the Defendant

Stipulation and Proposed Protective Order
United States v. Hicks
2:13-CR-00190 MCE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:13-CR-00190 MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PROTECTIVE ORDER** |
| | ) | |
| SHANNTAYE EBONY HICKS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties, the proposed protective order is APPROVED AND SO ORDERED.

Dated:  July 25, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE