1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MATTHEW M. SCOBLE, #237432
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA  95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   SHANNTAYE HICKS

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,        )   Case No. 2:13-cr-00190 MCE
                                     )
11                    Plaintiff,     )   STIPULATION AND ORDER TO CONTINUE
                                     )   STATUS CONFERENCE AND TO EXCLUDE
12           v.                      )   TIME
                                     )
13  SHANNTAYE HICKS,                 )   Date:   March 20, 2014
                                     )   Time:   9:00 a.m.
14                    Defendant.     )   Judge:  Honorable Morrison C. England, Jr.
                                     )
15  _____

16
17        IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff,

19  and MATTHEW SCOBLE, attorney for SHANNTAYE HICKS, that the status conference

20  hearing date of February 6, 2014 be vacated, and the matter be set for status conference on

21  March 20, 2014 at 9:00 a.m.

22        The reason for this continuance is to allow defense counsel additional time to review

23  discovery with the defendant, to examine possible defenses and to continue investigating the

24  facts of the case.

25        Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

26  should be excluded from the date of signing of this order through and including March 20, 2014

27  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

28  T4 based upon continuity of counsel and defense preparation.

                                       -1-

DATED: February 3, 2014                 HEATHER E. WILLIAMS
                                        Federal Defender


                                        /s/ Matthew M. Scoble
                                        MATTHEW M. SCOBLE
                                        Assistant Federal Defender
                                        Attorney for SHANNTAYE HICKS


DATED: February 3, 2014                 BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Matthew M. Scoble for
                                        KYLE REARDON
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 6, 2014, status conference hearing be continued to March 20, 2014, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 20, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDRED.

Dated:  February 4, 2014


MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

-2-