UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANNTAYE EBONY HICKS,<br><br>Defendant. | No. 2:13-cr-00190-DC-1<br><br>ORDER GRANTING DEFENDANT SHANNTAYE EBONY HICKS'S REQUEST TO SEAL MOTION FOR COMPASSIONATE RELEASE AND EXHIBITS A, B, C, F, G, AND I<br><br>(Doc. No. 84) |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by Defendant Shanntaye Ebony Hicks, Defendant Shanntaye Ebony Hicks's Request to Seal (Doc. No. 84) is GRANTED and IT IS HEREBY ORDERED that Defendant Shanntaye Ebony Hicks's Motion to Reduce Sentence as well as Exhibits A, B, C, F, G, and I, shall be SEALED until further order of this court. It is further ordered that access to the seal files shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and U.S. Probation.

IT IS SO ORDERED.

Dated:   **September 3, 2025**

Dena Coggins
United States District Judge