UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-00190-DC-1 |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL EXHIBIT 2 TO ITS OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |
| SHANNTAYE EBONY HICKS, | |
| Defendant. | |
| | (Doc. No. 96) |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by Plaintiff, Plaintiff's Request to Seal Exhibit 2 to its opposition to Defendant's motion for compassionate release, which consists of Defendant's medical records, (Doc. No. 96) is GRANTED and IT IS HEREBY ORDERED that Exhibit 2 to Plaintiff's opposition to Defendant's motion for compassionate release shall be SEALED until further order of this court. It is further ordered that access to the sealed files shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and U.S. Probation.

IT IS SO ORDERED.

Dated:   **February 19, 2026**

_____
Dena Coggins
United States District Judge

1