UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-00190-DC-1 |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT SHANNTAYE EBONY HICKS'S REQUEST TO FILE UNDER SEAL HER APRIL 4, 2026 DECLARATION IN SUPPORT OF HER REPLY |
| SHANNTAYE EBONY HICKS, | |
| Defendant. | |
| | (Doc. Nos. 103, 104) |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by Defendant Shanntaye Ebony Hicks, Defendant Shanntaye Ebony Hicks's Request to Seal (Doc. No. 104) is GRANTED and IT IS HEREBY ORDERED that Defendant Shanntaye Ebony Hicks's April 4, 2026 declaration (Doc. No. 102-1) shall be SEALED until further order of this court. It is further ordered that access to the sealed files shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and U.S. Probation.

Further, Defendant's pending motion to withdraw the copy of her declaration that was erroneously filed on the public docket (Doc. No. 103) is DENIED as having been rendered moot

/////

/////

/////

1

by this order, which provides for that copy of her declaration (Doc. No. 102-1) to be sealed.

IT IS SO ORDERED.

Dated:    **April 8, 2026**    _____

Dena Coggins
United States District Judge